IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:24-CR-03099-BCW-1 |
| | ) | |
| MARCO LORIMER DENIS, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Before the Court is Magistrate Judge David P. Rush's Report and Recommendation (Doc. #58) concerning Defendant's motion for relief based on the Ex Post Facto Clause (Doc. #52).

On January 10, 2025, Defendant filed a motion for relief based on the Ex Post Facto Clause, arguing 18 U.S.C. §§ 922(g)(9) and 924(a)(2) violate said clause as applied to Defendant. (Doc. #52). On March 18, 2025, Judge Rush issued the instant Report and Recommendation recommending the Court deny Defendant's motion. (Doc. #58). Defendant filed objections to the Report and Recommendation on March 23, 2025. (Doc. #59).

The Court, after an independent review of the record and the applicable law, adopts the Magistrate's Report and Recommendation. Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendation be attached to and made part of this Order (Doc. #58). It is further

ORDERED Defendant's motion for relief based on the Ex Post Facto Clause (Doc. #52) is DENIED for the reasons stated in the Report and Recommendation.

IT IS SO ORDERED.

Dated: March 25, 2025

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT