IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. 24-03099-01-CR-S-BCW |
|---|---|
| Plaintiff, | **COUNT 1**<br>18 U.S.C. §§ 922(g)(9) and 924(a)(2)<br>NMT 15 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony |
| v.<br>**MARCO LORIMER DENIS,**<br>[DOB: 1-9-1975]<br>Defendant. | **COUNT 2**<br>26 U.S.C. § 7206(1)<br>NMT 3 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 1 Year Supervised Release<br>Class E Felony<br><br>Mandatory Restitution; Costs of Prosecution; $100 Special Assessment (Each Count of Conviction) |

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

On or between December 17, 2020, and July 16, 2024, in Greene County, in the Western District of Missouri, the defendant, **MARCO LORIMER DENIS**, did knowingly possess firearms, that is a (1) a Standard Manufacturing shotgun, bearing serial number DP04691; (2) a Maverick by Mossberg shotgun, bearing serial number MV14929L; (3) a Ruger pistol, bearing serial number 36450684; (4) a Smith & Wesson pistol, bearing serial number PBR4832; (5) a Canik pistol, bearing serial number 20BN16825; (6) a Sig Sauer pistol, bearing serial number 47A114229; (7) a Bersa pistol, bearing serial number F77954; and (8) a Charter Arms revolver, bearing serial number 1411828, knowing that he had been convicted of a misdemeanor crime of

1

domestic violence, to wit: domestic assault in the third degree in the Circuit Court of Greene County, Missouri, committed against a person with whom the defendant shared a child in common, all in violation of Title 18, United States Code Sections 922(g)(9) and 924(a)(2).

## COUNT 2

On or about March 10, 2025, in the Western District of Missouri, the defendant, **MARCO LORIMER DENIS**, a resident of Springfield, Greene County, Missouri, did willfully make and subscribe a United States Individual Income Tax Return, for the calendar year 2023, which was verified by a written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter. That income tax return, which the defendant filed with the Internal Revenue Service, reported that he received income in the amount of $64,956, whereas, as he then and there well knew, he had received income in addition to the amount stated in the return. In violation of Title 26, United States Code, Section 7206(1).

Respectfully submitted,

R. MATTHEW PRICE
United States Attorney

_/s/ Stephanie L. Wan_
**STEPHANIE L. WAN**
Assistant United States Attorney
Missouri Bar #58918

_/s/ Casey Clark_
**CASEY CLARK**
Assistant United States Attorney
Missouri Bar #57968

Dated: 12·8·2025
Springfield, Missouri