IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 24-03099-01-CR-S-BCW |
| MARCO LORIMER DENIS, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Before the Court is Defendant's Motion to Reconsider Detention Status. (Doc. 148.) Defendant has entered a guilty plea and is awaiting sentencing. He moves the Court to release him from custody to allow him to defend against potential foreclosures on his real estate holdings in Greene County, Missouri. *Id*. at 2. The Government has filed Suggestions in Opposition to Defendant's Motion. (Doc. 150.) Defendant has filed a Ser Rebuttal in support, advising that he is a naturalized United States citizen, and the DHS Immigration Detainer has been recalled. (Doc. 151.)

This is Defendant's third motion requesting a review of his detention status. Notably, on March 24, 2025, Defendant filed his second Motion to Reconsider Detention, wherein he requested release because he was facing civil litigation regarding his real estate holdings and alleging that detention could adversely affect his business interests. (Doc. 62.) Defendant's second Motion, which presented essentially the same arguments as the instant Motion, was denied by the undersigned on April 17, 2025. (Doc. 104.)

The undersigned has reviewed and considered the Motion to Reconsider Detention Status, the Suggestions in Opposition, the Ser Rebuttal, and the Pretrial Services Report (doc. 5). The undersigned has also reviewed the original Order of detention, which was based on clear and

convincing evidence that Defendant is a danger to the community. (Doc. 17.) Lastly, the undersigned has reviewed the December 13, 2024, Order entered by District Judge Brian C. Wimes, wherein Judge Wimes affirmed the original Order of detention based on his findings of "clear and convincing evidence that Defendant poses a serious danger to a specific individual and the community if released" and "a preponderance of the evidence that there is a risk of flight." (Doc. 46.) Based on the foregoing, the undersigned finds no basis for Defendant's release. Therefore, the Motion to Reconsider Detention Status is **DENIED.**

    **IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: February 25, 2026